DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**NANDI ABBI JNO-CHARLES,**
Appellant,

v.

**SYLVIA ROMANE-WILSON,**
Appellee.

No. 4D13-1981

[November 19, 2014]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peggy Gehl, Judge; L.T. Case No. 13-1246 DVCE (59).

Eric T. Schwartzreich and Marla Chicotsky of Schwartzreich & Associates, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

CIKLIN, CONNER and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***